1  Lee D. Winston
   lwinston@winstoncooks.com
2  Roderick T. Cooks
   rcooks@winstoncooks.com
3  Winston Cooks, LLC
   505 20th Street North
4  Suite#815
   Birmingham, AL 35203
5  Telephone:    (205) 502-0970
   Facsimile:     (205) 278-5876
6
   Byron R. Perkins
7  bperkins@perkins-law.com
   Perkins Law, LLC
8  The Civic Center Medical Forum Bldg.
   950 22nd Street North
9  Suite #825
   Birmingham, AL 35203
10 Telephone:    (205) 558-4696

11 Attorneys for the Plaintiffs and the Proposed Class

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EARNEST ROBERSON, JR., JOHN C. SWOPE on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEGENDARY FIELD EXHIBITIONS, LLC d/b/a THE ALLIANCE OF AMERICAN FOOTBALL (AAF), FOUNDERS FUND, THE CHERNIN GROUP, JARED ALLEN, SLOW VENTURES, ADRIAN FENTY, CHARLES KING'S M VENTURES, BILL POLIAN, TROY POLAMALU, MGM RESORTS INTERNATIONAL and J.K. MCKAY, <br><br> Defendants. | CLASS ACTION <br><br><br> 3:19-cv-01893-DMR |

1

**SUGGESTION OF BANKRUPTCY**

TO THE HONORABLE JUDGE OF SAID COURT:

James Earnest Roberson, Jr. and John C. Swope (the "Plaintiffs"), advise this honorable court, and all parties of record, that on April 17, 2019, the Defendant and its affiliates (collectively, the "Debtors") filed a petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended or modified, the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of Texas (San Antonio) The case is styled as *Legendary Field Exhibitions, LLC and Ebersol Sports Media Group, Inc.,* 19-50900-cag [Judge: Craig A. Gargotta].

The bankruptcy petition operates to stay the continuation of the above-captioned action pursuant to 11 U.S.C. § 362.

> Respectfully submitted,
>
> /s/Roderick T. Cooks
> Roderick T. Cooks
> Byron R. Perkins
> Lee D. Winston
> Attorneys for the Plaintiffs

**OF COUNSEL:**
WINSTON COOKS, LLC
Financial Center
505 20th Street North
Suite 815
Birmingham, Alabama 35203
(205) 502-0970
(205) 278-5876 - Facsimile
E-mail: lwinston@winstoncooks.com
E-mail: rcooks@winstoncooks.com

PERKINS-LAW, LLC
The Civic Center Medical Forum Bldg.
950 22nd Street South, Suite#825
Birmingham, AL 35203
(205) 558-4696

1  (205) 383-1910
2  bperkins@perkins-law.com
   tlyons@perkins-law.com

**DEFENDANT'S ADDRESS:**
Legendary Field Exhibitions, LLC
ONE MARKET SPEAR ST TOWER
SAN FRANCISCO CA 94105