UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EARNEST ROBERSON, et al.,

    Plaintiffs,

v.

LEGENDARY FIELD EXHIBITIONS, LLC, et al.,

    Defendants.

Case No. 19-cv-01893-DMR

**ORDER STAYING CASE**

Re: Dkt. Nos. July, 25, , 2019

On July 25, 2019, Plaintiffs filed a notice that Defendants filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas. Pursuant to 11 U.S.C. § 162(a), Plaintiffs are stayed from proceeding with this action until the automatic bankruptcy stay is no longer in effect.

It is hereby ordered that:

1. This action is stayed.
2. All case management deadlines are hereby vacated.
3. The Clerk shall administratively close the case.
4. The parties shall reopen the case by filing a status report within seven days of the lifting of the automatic bankruptcy stay.

**IT IS SO ORDERED.**

Dated: July 26, 2019



_____
Donna M. Ryu
United States Magistrate Judge